JUNE 12-17-00241

# LAWFUL DOCUMENT
CLAIMS AGAINST THESE
MEN AND WOMAN FOR
OPERATING UNDER THE
Color OF The L A W.

1. The courts HAve put Robert Friene
on For The Same DATE's and
When He can't make Them Both
on The Same day They Jail Him.

2. HERES The prooF, MY AFFidAuit
OF TRUTH.

3. A. Brian Mitchell #34 (741)
B. Joesph Wright EXP. 12-5-17 JusticePeace
C Judge JAMESON EIL Belknap
Superior Court STATE Court.
Judge TOMASEPAPPA Plymouth
District court Statecourt
Judge

Lieutenant Joesp
Joseph Wright Concord Police NH.

CArley Mcwhirk Ahern Assistant
County Attorney.
GRAND JURY FORMAN
Oleca 3 charge ID 1326432 C
Scott W. Murray Merrimack County Attorney

Ashlie L Hooper NH BAR ID
14604
Operating a Reaco
ACT, Jail For profit
& violations OF UCC Code
As Well AS Constitutional &
God given Right TO Travel.

U.S. DISTRICT COURT DISTRICT OF NH FILED 2017 JUN 12 P 1:32

GRANT Freedom Justice
Demands it ②  Thank You

BY Convicting me over &
over OF SAME False CLAIM
Under Statute not Law,
Under presumption OF Contract
Under Unlawful prosecutions.

I Humbley ASK the Court

For CLAIMS AGAINST
The officials who Have
Destroyed a peace ful mans
Life Under the Unlawfull
and over Bearing Dept OF SAfety
and The STATE OF NEW Hampshire

GRANT Me Robert Irene
a Injuction & 10 Million
dollars For Unlawfull Detainment
I was neve Issued a commercial
Drivers Licence. For If I were
Driveing a motor vehical, I Would
Have had To Report That Income
To The Social Security Dept
100 Commercial St Concord
NH 03301
Sorry
They Give You a Half Pencil towrite with

On march 27, I was orderd To
Be in GRAFTON Countys Superior Court
and Concord District Court.
warrents Issued There is
Still a Unlawful Hold on me
Out OF GRAFton County.

I'M IN carserated, They want
to take the Surety Bond 10,000.



**State of New Hampshire**

**Department of Safety**

**Division of Motor Vehicles**

**23 Hazen Drive, Concord, N.H. 03305**

PRDRR03

JOHN J. BARTHELMES
Commissioner of Safety

RICHARD C. BAILEY, JR.
Director of Motor Vehicles

PAGE

SEARCH DATE

8

12/29/2016

## DRIVER RECORD REPORT

**REQUESTING AGENCY:**

LOOK

PACKET

**DRIVING RECORD OF:**

Date of Birth       DMV File Number

FRENE              ROBERT        R               09/04/64   519-97
7 WATER ST APT 4                        ID NUMBER: 09FER64041
MEREDITH           NH   03253

CERTIFIED COPY SHOWING CONVICTIONS, ACCIDENTS AND MOTOR VEHICLE ACTIONS

08/04/2000 LICENSE/OPERATING PRVLG SUSPENDED   2 YEARS  NOTIFIED:11/15/2000
           IMPLIED CONSENT - SUBSEQUENT

07/05/2000 CERTIFIED COPY SENT TO: ASHLAND POLICE DEPT

04/03/1999 REGISTRATION            SUSPENDED            NOTIFIED:03/16/1999
           CANCELLATION OF INSURANCE
           SR22 REQ-CONTACT INSURANCE AGENT SR-22 ON FILE
07/29/2016 RESTORED

03/20/1999 REGISTRATION            SUSPENDED            NOTIFIED:02/18/1999
           DWI - SECOND OFFENSE
           CLEAR ALL OTHER REQUIREMENTS
           $25.00 REGISTRATION FEE DUE
07/29/2016 RESTORED

03/15/1999 LICENSE/OPERATING PRVLG SUSPENDED            NOTIFIED:03/16/1999
           CANCELLATION OF INSURANCE
           SR22 REQ-CONTACT INSURANCE AGENT SR-22 ON FILE

*************************** CONTINUED ON PAGE  9 ***************************

This STATE IS OUT OF
Control Praying on its own
People gRANt Realief
Free me I'm at Peace
With the World



# tate of New Hampshi. e

**PAGE**

### Department of Safety

### Division of Motor Vehicles

**SEARCH DATE**

### 23 Hazen Drive, Concord, N.H. 03305

9

PRDRR03

JOHN J. BARTHELMES
Commissioner of Safety

RICHARD C. BAILEY, JR.
Director of Motor Vehicles

12/29/2016

## DRIVER RECORD REPORT

**REQUESTING AGENCY:**

PACKET

**DRIVING RECORD OF:**                                    Date of Birth      DMV File Number

FRENE                    ROBERT        R              09/04/64  519-97
7 WATER ST APT 4                              ID NUMBER: 09FER64041
MEREDITH          NH   03253

CERTIFIED COPY SHOWING CONVICTIONS, ACCIDENTS AND MOTOR VEHICLE ACTIONS

01/12/1999 CONVICTED DWI - SECOND OFFENSE            D-PLYM CT
           DOCKET: V45980004289    PD CODE:   UNKNOWN
           PLEA: NL  DISPOSITION: GUILTY
           FINE:    500.00
           VIOLATION DATE: 10/17/1998
           SENTENCE: 3/7HOC/R3Y/28D ALCOH PROG
01/12/1999 LICENSE/OPERATING PRVLG REVOKED   3 YEARS  NOTIFIED:02/18/1999
           DWI - SECOND OFFENSE
           28 DAY TREATMENT PROGRAM
           SR22 REQ-CONTACT INSURANCE AGENT SR-22 ON FILE
           COURT FEE MUST BE PAID

12/01/1998 LICENSE/OPERATING PRVLG SUSPENDED          NOTIFIED:10/26/1998
           IMPLIED CONSENT - SUBSEQUENT
           SUSPENSION RESTORE FEE DUE

11/16/1998 LICENSE/OPERATING PRVLG SUSPENDED  2 YEARS  NOTIFIED:11/15/2000
           IMPLIED CONSENT - SUBSEQUENT

10/19/1998 CERTIFIED COPY SENT TO: TROOP F/TFC TERHUNE

01/02/1998 CERTIFIED COPY SENT TO: TRI-COUNTY CAP/A&OD SVCS

12/17/1997 REGISTRATION            SUSPENDED          NOTIFIED:12/17/1997
           FAILURE TO PAY COURT FINE                  D-SALE COURT
           DEFAULT TO BE CLEARED
07/06/1998 RESTORED

*************************** CONTINUED ON PAGE 10 ***************************

DISTRICT OF NEW HAMPSHIRE

U.S.
Fedral Court House
55 PLEASANT ST
CONCORD NEW HAMSHIRE 03301

CLAIMS

Robert Frere
HOC 314 Drive
Wellstany
Rallanen 03303
rm110

Special
Legal
mail